IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **Salome Baeza a/k/a Salome Baeza Jacquez,**<br>　　　Plaintiff<br><br>vs.<br><br>**Richard T Avis, Attorney & Associates, LLC,**<br>　　　Defendant | Case No. 7:23-cv-00013-DC-RCG |

### NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

　　Plaintiff hereby notifies the Court that this matter has been settled. Plaintiff requests that all deadlines be canceled and that the parties be allowed thirty days to submit appropriate dismissal documents.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**Stein Saks PLLC**

/s/　Yaakov Saks
　　　By: Yaakov Saks, Esq.
　　　One University Plaza, Suite 620
　　　Hackensack, NJ 07601
　　　Phone: (201) 282-6500
　　　Fax: (201) 282-6501
　　　ysaks@SteinSaksLegal.com

　　　ATTORNEY FOR PLAINTIFF