## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND ODESSA DIVISION

| | |
|---|---|
| **Salome Baeza a/k/a Salome Baeza Jacquez,**<br>      **Plaintiff** | |
| **vs.** | **Case No. 7:23-cv-00013-DC-RCG** |
| **Richard T Avis, Attorney & Associates, LLC,**<br>      **Defendant** | |

### NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff hereby notifies the Court that this matter has been settled. Plaintiff requests that all deadlines be canceled and that the parties be allowed thirty days to submit appropriate dismissal documents.

Respectfully submitted,

**Stein Saks PLLC**

/s/   Yaakov Saks ` 
By: Yaakov Saks, Esq.
One University Plaza, Suite 620
Hackensack, NJ 07601
Phone: (201) 282-6500
Fax: (201) 282-6501
ysaks@SteinSaksLegal.com

ATTORNEY FOR PLAINTIFF