IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SALOME BAEZA aka SALOME BAEZA JACQUEZ,<br>　　*Plaintiff,*<br><br>v.<br><br>RICHARD T. AVIS, ATTORNEY & ASSOCIATES, LLC,<br>　　*Defendant.* | §<br>§<br>§<br>§   NO. MO:23-CV-00013<br>§<br>§<br>§<br>§<br>§ |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE** as to Plaintiff and **DISMISSED WITHOUT PREJUDICE** as to the unnamed putative class members, pursuant to Fed. R. Civ. P. 41(a) and the Plaintiff's Notice of Dismissal with Prejudice (Doc. 10) filed March 14, 2023.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE** as to Plaintiff and **DISMISSED WITHOUT PREJUDICE** as to the unnamed putative class members**.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 15th day of March, 2023.

_____
DAVID COUNTS

UNITED STATES DISTRICT JUDGE